**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6903**

DEMMERICK ERIC BROWN,

      Petitioner - Appellant,

  v.

HAROLD W. CLARKE,

      Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:20-cv-01453-CMH-JFA)

Submitted: December 9, 2021              Decided: January 5, 2022

Before KING, AGEE, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Demmerick Eric Brown, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demmerick Eric Brown, a Virginia inmate, appeals the district court's order dismissing his 28 U.S.C. § 2254 petition without prejudice for failure to comply with a court order. We affirm.

A district court may dismiss an action based on a litigant's failure to comply with any order. Fed. R. Civ. P. 41(b). Where a litigant has ignored an express warning that noncompliance with a court order will result in dismissal, the district court should dismiss the case. *See Ballard v. Carlson*, 882 F.2d 93, 95–96 (4th Cir. 1989). We review a decision to dismiss for failure to comply with a court order for abuse of discretion. *Id.*

We have reviewed the record and find no abuse of discretion. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*